UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 16-25254-CIV-MARTINEZ-GOODMAN

ANTHONY KING,

    Plaintiff,

v.

AKIMA GLOBAL SERVICES, LLC,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Jonathan Goodman, United States Magistrate Judge, for a Report and Recommendation on Defendant Akima Global Services, LLC's Motion to Tax Costs, (ECF No. 245), and Motion to Recover Non-taxable Costs, (ECF No. 248). (ECF No. 249.) Magistrate Judge Goodman filed a Report and Recommendation recommending that the Motion to Tax Costs, (ECF No. 245), be granted in part and denied in part, and the Motion to Recover Non-taxable Costs, (ECF No. 248), be denied. (ECF No. 252). This Court has reviewed the entire file and record, and notes that no objections have been filed and the time to so object has since passed. After careful consideration, it is

ADJUDGED that United States Magistrate Judge Goodman's Report and Recommendation, (ECF No. 252), is AFFIRMED and ADOPTED. Accordingly, it is

ADJUDGED that:

1. Defendant's Motion to Tax Costs, (ECF No. 245), is GRANTED in part and DENIED in part. Defendant shall be awarded **$6,686.40** in taxable costs, plus interest at the statutory rate accrued from the date of this Order.

2. Defendant's Motion to Recover Non-taxable Costs, (ECF No. 248), is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 8th day of June, 2022.

                                                                         JOSE E. MARTINEZ
                                                                         UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record